IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERRY LEE LEWIS,<br>No. B20581,<br><br>         Plaintiff,<br><br>vs.<br><br>ROBERT D. BURNS,<br>CORPORAL STRATTEN,<br>DARLENE BLUDWORTH,<br>SGT. KERSTEN,<br>R. TELLOR,<br>JESSICA TELLOR, and<br>MIKULAS,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 14-cv-01100-SMY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On October 14, 2014, Plaintiff Lewis, a convicted inmate in the Jackson County Jail, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated November 10, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 4).

Plaintiff was directed to file a complaint by December 5, 2014 (Doc. 4). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action. Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

**DATED: February 17, 2015**

s/ STACI M. YANDLE
United States District Judge